UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4606 PSG (VBKx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | Compass Bank v. Alvira Khan, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case

    For the reasons stated in an order issued concurrently with this one, as well as the remand orders issued in *Compass Bank v. Khan*, 2:12-CV-2152 PSG (VBKx) and *Compass Bank v. Khan*, 2:12-CV-3208 PSG (VBKx), this case is REMANDED to state court for lack of federal subject matter jurisdiction.

    **IT IS SO ORDERED.**